

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA**, Individually; Madeline Davila, Individually; and Albert Davila as Trustee of the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

We granted Appellee's first motion for extension of time to file the brief and set it due on January 29, 2021. *See* TEX. R. APP. P. 38.6(b). Before the extended due date, Appellee filed an unopposed second motion for a twenty-day extension of time to file the brief until February 18, 2021. *See id.* R. 10.5(b).

Appellee's motion for extension of time to file the brief is GRANTED. Appellee's brief is due on February 18, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court